44908. REGISTER et al. v. STONE'S INDEPENDENT
OIL DISTRIBUTORS, INC. et al.

PER CURIAM. The judgment in this case, reported in 122 Ga. App. 335 (177 SE2d 92) having been reversed by the Supreme Court in 227 Ga. 123 (179 SE2d 68), our judgment is hereby vacated and that of the Supreme Court is made the judgment of this court. The judgment of the trial court is

*Reversed. All Judges of the whole court concur.*
DECIDED MARCH 2, 1971.

*Martin, Snow, Grant & Napier, George C. Grant*, for appellants.
*Adams, O'Neal, Steele, Thornton, Hemingway & McKenney, H. T. O'Neal, Jr., Joseph H. Davis*, for appellees.